NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000

Attorneys for Proposed Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant. | Case No.  2:23-cv-02611-KJN<br><br>**SIERRA PACIFIC INDUSTRIES' NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Date:      January 9, 2024<br>Time:      9:00 a.m.<br>Judge:     Hon. Kendall J. Newman<br>Courtroom: 25<br><br>Action Filed: November 9, 2023<br>Trial Date:   None |

**NOTICE OF MOTION AND MOTION TO INTERVENE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on January 9, 2024, at 9:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Magistrate Judge Kendall J. Newman, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, Sierra Pacific Industries will and hereby does move to intervene in this action.

Proposed Defendant-Intervenor Sierra Pacific Industries seeks an order granting it leave to intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. In accordance with Rule 24(c) of the Federal Rules of Civil Procedure, a proposed Answer in intervention is included as **Exhibit A** to the supporting Declaration of Navi Singh Dhillon.

This Motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities, the Declaration of Edward C. Murphy ("Murphy Decl."), the Declaration of Navi Singh Dhillon ("Dhillon Decl."), all pleadings and papers filed in this action, and such other written and oral argument or evidence as may be presented at or before the time this Motion is taken under submission.

Respectfully submitted,

Dated: November 22, 2023              PAUL HASTINGS LLP

                                                /s/ *Navi Singh Dhillon*
                                                NAVI SINGH DHILLON

                                                Attorneys for Proposed Defendant-Intervenor
                                                SIERRA PACIFIC INDUSTRIES