Thomas E. Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, CA 95521
Tel: (707) 822-7711
tom@wildcalifornia.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, Oregon 97401
Tel: (541) 359-3238
frost@westernlaw.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant. | No. 2:23-cv-02611-KJN<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO SIERRA PACIFIC INDUSTRIES' MOTION TO INTERVENE [ECF No. 6]** |

1   Pursuant to L.R. 230(c), Plaintiff Environmental Protection Information Center ("EPIC") respectfully advises the Court that EPIC does not oppose Proposed Defendant-Intervenor Sierra Pacific Industries' Motion to Intervene (ECF Document No. 6).

Dated: December 6, 2023.    WESTERN ENVIRONMENTAL LAW CENTER

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, *pro hac vice*
Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, OR 97401

Attorneys for Plaintiff
ENVIRONMENTAL PROTECTION
INFORMATION CENTER