NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:  (415) 856-7000

Attorneys for Proposed Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendant. | Case No. 2:23-cv-02611-KJN<br><br>**SIERRA PACIFIC INDUSTRIES' REPLY IN SUPPORT OF MOTION TO INTERVENE**<br><br>Date:          January 9, 2023<br>Time:          9:00 a.m.<br>Judge:        Hon. Kendall J. Newman<br>Courtroom: 24<br><br>Action Filed: November 9, 2023<br>Trial Date:    None |

SPI REPLY ISO MOTION
TO INTERVENE

Case No. 2:23-CV-02611-KJN

On January 3, 2024, the Court set a hearing on Sierra Pacific Industries' motion to intervene for January 9, 2024. ECF No. 10. The motion is unopposed. SPI has submitted an updated proposed order for the Court's consideration.

Respectfully submitted,

DATED: January 4, 2024

PAUL HASTINGS LLP

By: /s/ *Navi Singh Dhillon*
NAVI SINGH DHILLON

Attorneys for Proposed Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES