1  NAVI SINGH DHILLON (SBN 279537)
   navidhillon@paulhastings.com
2  CHRISTOPHER J. CARR (SBN 184076)
   chriscarr@paulhastings.com
3  LUCAS V. GRUNBAUM (SBN 314180)
   lucasgrunbaum@paulhastings.com
4  PAUL HASTINGS LLP
   101 California Street, 48th Floor
5  San Francisco, California  94111
   Telephone:  (415) 856-7000
6
   Attorneys for Proposed Defendant-Intervenor
7  SIERRA PACIFIC INDUSTRIES

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11

12 | ENVIRONMENTAL PROTECTION        | Case No.  2:23-cv-02611-KJN
   | INFORMATION CENTER,             |
13 |                                 | **[PROPOSED] ORDER GRANTING
   |         Plaintiff,              | SIERRA PACIFIC INDUSTRIES'
14 |                                 | UNOPPOSED MOTION TO INTERVENE**
   |     vs.                         |
15 |                                 | Date:     January 9, 2024
   | UNITED STATES FISH AND WILDLIFE | Time:     9:00 a.m.
16 | SERVICE,                        | Judge:    Hon. Kendall J. Newman
   |                                 | Courtroom: 25
17 |         Defendant.              |
   |                                 | Action Filed:  November 9, 2023
18 |                                 | Trial Date:    None

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE SPI'S MOTION TO                              Case No. 2:23-cv-02611-KJN
INTERVENE

**[PROPOSED] ORDER**

Pending before the Court is an unopposed motion to intervene filed by Sierra Pacific Industries (SPI). SPI seeks an order granting it leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure. Having fully considered the matter and good cause appearing, the Court rules as follows:

1. The motion is granted and SPI is a party to this action.

2. SPI shall file and serve an Answer to the complaint in substantially the same form as attached as Exhibit A to the declaration of Navi Singh Dhillon within five (5) court days of entry of this order.

**IT IS SO ORDERED.**

DATED: _____        By: _____
                                    KENDALL J. NEWMAN
                                    United States District Court Judge