UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　　Defendant. | No.  2:23-cv-2611-KJN<br><br>ORDER GRANTING MOTION TO INTERVENE; ORDER RE: CONSENTS<br><br>(ECF No. 9.) |

　　　Pending before the Court is a motion to intervene filed by Sierra Pacific Industries (SPI). SPI seeks an order granting it leave to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure.  Plaintiff filed a statement of non-opposition.  (ECF No. 9.)  The court held a hearing on the matter on January 3, 2024, where the court expressed intent to wait until defendant U.S. Fish and Wildlife Service entered an appearance.  On January 17, the Government entered appearance; the following day, it filed a notice indicating it took no position on Sierra Pacific's motion.  (ECF Nos. 12, 13.)  Thus, the motion is unopposed and is granted.

　　　Further, this case was assigned solely to the undersigned pursuant to Appendix A of the court's Local Rules.  As per the "civil new case documents" (ECF No. 3), all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline form (ECF No. 3.1)  A

review of the docket indicates that no Consent/Decline forms have yet been submitted. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). However, for proper case administration, each party must inform the Clerk of Court whether or not it consents to magistrate judge jurisdiction for all purposes.

## **ORDER**

Having fully considered the matter and good cause appearing, it is hereby ORDERED that:

1. SPI's motion to intervene (ECF No. 6) is GRANTED;
2. SPI shall file and serve an Answer to the complaint in substantially the same form as attached as Exhibit A to the declaration of Navi Singh Dhillon within five (5) court days of entry of this order; and
3. Any party who has yet to file a consent/decline form shall do so within 14 days of this order.

Dated: January 19, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

envi.2611