Sangye Ince-Johannsen, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 778-6626 | sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 359-3238 | frost@westernlaw.org

Thomas E. Wheeler (CA Bar #304191)
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G Street #A
Arcata, California 95521
(707) 822-7711 | tom@wildcalifornia.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>     Plaintiff,<br><br>  vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>     Defendant,<br><br><br>  and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>    Defendant-Intervenor. | Case No. 2:23-cv-02611-TLN-CSK<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE AND ORDER**<br><br>Judge:   Hon. Troy L. Nunley<br>Courtroom: 2<br><br>Action Filed: November 9, 2023<br>Trial Date: None |

JOINT PROPOSED CASE MANAGEMENT
STATEMENT AND ORDER

Case No. 2:23-CV-02611-TLN-CSK

Having met and conferred, the undersigned parties, through counsel, agree as follows:

WHEREAS, on November 9, 2023, Plaintiff Environmental Protection Information Center filed this action against Defendant United States Fish and Wildlife Service, challenging the decision to issue a Habitat Conservation Plan and Incidental Take Permit for the Northern Spotted Owl to Sierra Pacific Industries;

WHEREAS, on January 22, 2024, the Court granted Sierra Pacific Industries' motion to intervene in this action;

WHEREAS, all defendants have filed answers;

WHEREAS, on February 1, 2024, the Court entered an initial pre-trial scheduling order;

WHEREAS, the Court's consideration of the alleged claims will involve review of an administrative record (AR) and the parties anticipate the merits of this action can be resolved via cross-motions for summary judgment;

WHEREAS, the current deadline under the Civil Local Rules to certify the AR is May 2, 2024;

WHEREAS, to facilitate an orderly briefing schedule in light of the voluminous nature of the AR and to avoid scheduling conflicts, the parties propose the schedule set forth in the table below;

WHEREAS, the parties agree the briefing deadlines set forth below should be stayed in the event any party files a motion to complete or challenge the AR on or before August 1, 2024; and

WHEREAS, should any party timely file a motion to complete or challenge the AR, the parties agree to submit an updated proposed briefing schedule to the Court not later than 14 days after such motion is resolved.

| Event | Deadline | Comments |
|-------|----------|----------|
| Federal Defendant to certify, serve and lodge AR | July 1, 2024 | AR must be served in a searchable electronic format with an index. |
| Motion to complete or challenge AR | Aug. 30, 2024 | Motion shall be noticed and heard pursuant to Civil Local Rules. |

JOINT PROPOSED CASE MANAGEMENT
STATEMENT AND [PROPOSED] ORDER

Case No. 2:3-CV-02611-TLN-CSK

| Event | Deadline | Comments |
|---|---|---|
| Plaintiff's MSJ | Sept. 30, 2024 | 35 page limit. |
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiff's MSJ | Nov. 25, 2024 | 35 page limit. |
| Defendant-Intervenor's Combined Cross MSJ and Opposition to Plaintiff's MSJ | Dec. 4, 2024 | 35 page limit. |
| Plaintiff's Combined Reply in support of its MSJ and Opposition to MSJs filed by both Defendants | Jan. 17, 2025 | 45 page limit. |
| Federal Defendant Reply | Feb. 14, 2025 | 30 page limit. |
| Defendant-Intervenor Reply | Feb. 21, 2025 | 20 page limit. |
| Hearing on Cross-Motions | At the Court's convenience | |

NOW WHEREFORE, the parties jointly and respectfully ask that the Court enter an order adopting the proposed schedule above. A proposed order follows the parties' signature block for the Court's consideration.

Respectfully submitted,

DATED: April 26, 2024

WESTERN ENVIRONMENTAL
LAW CENTER


By: /s/ Sangye Ince-Johannsen*
SANGYE INCE-JOHANNSEN

Attorneys for Plaintiff
ENVIRONMENTAL PROTECTION
INFORMATION CENTER

DATED:  April 25, 2025

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division


By: /s/ Erika Furlong
ERIKA FURLONG (PA Bar No. 319350)
Wildlife & Marine Resources Section
FRANCES B. MORRIS (DC Bar No. 1016833)
Natural Resources Section
Trial Attorneys
150 M Street NE
Washington, DC 20002
Tel: (202) 305-0540
Fax: (202) 305-0506
Erika.Furlong@usdoj.gov
Frances.Morris@usdoj.gov

Attorneys for Defendant
U.S. FISH AND WILDLIFE SERVICE


DATED:  April 25, 2024

PAUL HASTINGS LLP


By: /s/ Navi Singh Dillon
NAVI SINGH DHILLON

Attorneys for Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES


*The filer of this document attests that all signatories listed above have concurred in the filing of this document.*

- 4 -

## ORDER

In light of the parties' stipulation, and good cause appearing, the Court sets the following schedule:

| Event | Deadline | Comments |
|---|---|---|
| Federal Defendant to certify, serve and lodge the administrative record (AR) | July 1, 2024 | AR must be served in a searchable electronic format with an index. |
| Motion to complete or challenge AR | Aug. 30, 2024 | Motion shall be noticed and heard pursuant to Civil Local Rules. |
| Plaintiff's MSJ | Sept. 30, 2024 | 35 page limit. |
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiff's MSJ | Nov. 25, 2024 | 35 page limit. |
| Defendant-Intervenor's Combined Cross MSJ and Opposition to Plaintiff's MSJ | Dec. 4, 2024 | 35 page limit. |
| Plaintiff's Combined Reply in support of its MSJ and Opposition to MSJs filed by both Defendants | Jan. 17, 2025 | 45 page limit. |
| Federal Defendant Reply | Feb. 14, 2025 | 30 page limit. |
| Defendant-Intervenor Reply | Feb. 21, 2025 | 20 page limit. |
| Hearing on Cross-Motions | March 20, 2025, at 2:00 PM | |

As requested by the parties, the briefing deadlines for the cross-motions for summary judgment shall be vacated in the event a timely motion to augment or otherwise challenge the contents of the administrative record is filed. Within 14 days of a ruling on that motion, the parties are ordered to meet and confer and submit a proposed briefing schedule.

**IT IS SO ORDERED.**

Dated: April 29, 2024

Troy L. Nunley
United States District Judge