Sangye Ince-Johannsen, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 778-6626 | sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 359-3238 | frost@westernlaw.org

Thomas E. Wheeler (CA Bar #304191)
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G Street #A
Arcata, California 95521
(707) 822-7711 | tom@wildcalifornia.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant,<br><br>and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Defendant-Intervenor. | Case No. 2:23-cv-02611-TLN-CSK<br><br>**ORDER TO EXTEND DEADLINES IN CASE MANAGEMENT SCHEDULE**<br><br>Judge:      Hon. Troy L. Nunley<br>Courtroom:  2<br><br>Action Filed: November 9, 2023<br>Trial Date:   None |

- 1 -

## ORDER

In light of the unopposed motion to extend deadlines, and good cause appearing, the Court sets the following schedule:

| Event | Deadline | Comments |
| --- | --- | --- |
| Federal Defendant to certify, serve and lodge the administrative record (AR) | July 1, 2024 | AR must be served in a searchable electronic format with an index. |
| Motion to complete or challenge AR | Oct. 15, 2024 | Motion shall be noticed and heard pursuant to Civil Local Rules. |
| Plaintiff's MSJ | **Dec. 2, 2024** | 35 page limit. |
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiff's MSJ | **Feb. 6, 2025** | 35 page limit. |
| Defendant-Intervenor's Combined Cross MSJ and Opposition to Plaintiff's MSJ | **Feb. 13, 2025** | 35 page limit. |
| Plaintiff's Combined Reply in support of its MSJ and Opposition to MSJs filed by both Defendants | March 27, 2025 | 45 page limit. |
| Federal Defendant Reply | May 1, 2025 | 30 page limit. |
| Defendant-Intervenor Reply | May 29, 2025 | 20 page limit. |
| Hearing on Cross-Motions | At the Court's convenience | |

As requested, the briefing deadlines for the cross-motions for summary judgment shall be vacated in the event a motion to augment or otherwise challenge the contents of the administrative record is filed by September 15, 2024. Within 14 days of a ruling on that motion, the parties are ordered to meet and confer and submit a proposed briefing schedule.

**IT IS SO ORDERED.**

Dated: July 25, 2024

Troy L. Nunley
United States District Judge