Sangye Ince-Johannsen, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 778-6626 | sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
(541) 359-3238 | frost@westernlaw.org

Thomas E. Wheeler (CA Bar #304191)
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G Street #A
Arcata, California 95521
(707) 822-7711 | tom@wildcalifornia.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant,<br><br>and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Defendant-Intervenor. | Case No. 2:23-cv-02611-TLN-CSK<br><br>**ORDER TO EXTEND DEADLINE FOR MOTION TO COMPLETE OR CHALLENGE THE ADMINISTRATIVE RECORD**<br><br>Judge:        Hon. Troy L. Nunley<br>Courtroom:  2<br><br>Action Filed: November 9, 2023<br>Trial Date:    None |

# ORDER

In light of the unopposed joint motion to extend the deadline to file any motion(s) to complete or challenge the Administrative Record, and good cause appearing, the Court sets the following schedule:

| Event | Deadline | Comments |
|---|---|---|
| Federal Defendant to certify, serve and lodge AR | July 1, 2024 | AR must be served in a searchable electronic format with an index. |
| Motion to complete or challenge AR | **Oct. 25, 2024** | Motion shall be noticed and heard pursuant to Civil Local Rules. |
| Plaintiff's MSJ | Dec. 2, 2024 | 35 page limit. |
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiff's MSJ | Feb. 6, 2024 | 35 page limit. |
| Defendant-Intervenor's Combined Cross MSJ and Opposition to Plaintiff's MSJ | Feb. 13, 2024 | 35 page limit. |
| Plaintiff's Combined Reply in support of its MSJ and Opposition to MSJs filed by both Defendants | Mar. 27, 2025 | 45 page limit. |
| Federal Defendant Reply | May 1, 2025 | 30 page limit. |
| Defendant-Intervenor Reply | May 29, 2025 | 20 page limit. |
| Hearing on Cross-Motions | At the Court's convenience | |

**IT IS SO ORDERED.**

Dated: October 16, 2024

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE