Thomas E. Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, CA 95521
Tel: (707) 822-7711
tom@wildcalifornia.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238
frost@westernlaw.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>　　Defendant,<br><br>　　and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>　　Defendant-Intervenor. | No. 2:23-cv-2611-TLN-CSK<br><br>**DECLARATION OF NICK JOSLIN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br><br><br>Date: TBD<br>Time: TBD<br>Courtroom: 25<br>Hon. Magistrate Judge Chi Soo Kim |

I, Nick Joslin, hereby declare:

1. My name is Nick Joslin. My family has lived in Siskiyou County, California for five generations. The early group settled in the Little Shasta River Valley in the 1850s. They had come west on a wagon train following the Oregon Trail, but veered southwest. My great-great grandfather from my mother's side worked for other farm and ranch operations until he could afford to buy around 1300 acres near the base of Table Mountain along the Little Shasta River.

2. I grew up in Ashland, where I went to high school, and got my undergraduate degree at the University of Oregon. I returned to Siskiyou County in 2003, because of job prospects and the chance to be close to forests and the mountains. I now live in Mount Shasta City, with my wife, who is a nurse and works in Yreka, and our young boy.

3. From childhood until very recently, I have hiked, backpacked, and camped in and around the Trinity Alps, home to the northern spotted owl. I have also explored wilderness areas in the region. One of the things I find most special about being in those forests is the peace and quiet. In those forests I've heard the four hooted notes of spotted owls, and it reminds me of something beautiful and ancient about California, and why we made the right choice to raise our boy here.

4. I worked for several years throughout northern California inventorying Forest Service roads for an environmental consulting firm. I used GPS and measuring devices to document the presence and routes of logging roads and drainage features. I also cataloged erosional damage and geomorphic features related to stream channels, and the road structures that intersect stream channels. I worked extensively in the checkerboard public/private forest lands that cover vast swaths of northern California, including in the Sierra Nevada foothills and mountains.

5. I have seen and been near lands owned by Sierra Pacific Industries, including around the Sacramento-Trinity River divide, in the Medicine Lake Highlands, and south of Mount Lassen National Park. I know they are Sierra Pacific lands because the company always locks road gates and places prominent signs. I have been near and seen Sierra Pacific lands where the company has clearcut all of the trees. In northern California and in the Sierra, especially in the summer, those lands are dry, hot, and lifeless. I have been near and seen other Sierra Pacific lands that have not yet been recently logged. I have been online and know both northern spotted owls and

California spotted owls still find habitat in forests on Sierra Pacific lands. I think the corporation should never log those few remaining forests, to help ensure the species do not go extinct. It would hurt me a great deal to lose the spiritual and emotional connection I have to spotted owls in our state due to continued logging of the owls' habitat.

6. My young family backpacks and camps out a lot in the southern Cascades of northern California and the northern Sierras. I intend to go back to the still-standing forests near or adjacent to Sierra Pacific lands, because sometimes they are checkerboard with public forests that have not been logged, and they are still enjoyable to be in. I am hopeful that one day my boy will be able to hear a spotted owl too, or better yet see one.

7. I am a member and supporter of the Environmental Information Protection Center.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on November 22, 2024.    /s/ Nick Joslin
                                   Nick Joslin