Thomas E. Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, CA 95521
Tel: (707) 822-7711
tom@wildcalifornia.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238
frost@westernlaw.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION INFORMATION CENTER,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE,

Defendant,

and

SIERRA PACIFIC INDUSTRIES,

Defendant-Intervenor.

No. 2:23-cv-2611-TLN-CSK

**DECLARATION OF DR. MONICA BOND IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Date: July 10, 2025
Time: 2:00 p.m.
Courtroom: 2, 15th Floor
Hon. Chief Judge Troy L. Nunley

I, Dr. Monica Bond, hereby declare:

1. I make this declaration based on personal knowledge. I am competent to testify to the matters declared herein if necessary.

2. I earned a Ph.D. in Ecology from the University of Zurich, a M.S. in Wildlife Science from Oregon State University, and a B.A. in Biology from Duke University. I have been a certified wildlife biologist for 24 years. I focus on population ecology, habitat selection, and social behavior of wildlife. I have conducted field research on northern spotted owls and California spotted owls.

3. I am a member of the National and Western Section of the Wildlife Society, an organization comprised of professional wildlife biologists employed in the private and public sectors, natural resource management agencies, and academia. I have served on the Western Section Wildlife Society's Conservation Affairs Committee.

4. At the invitation and appointment of the U.S. Fish and Wildlife Service, from 2009 to 2011, I served on the Dry Forests Landscapes Working Group for the Northern Spotted Owl Recovery Plan.

5. I have published numerous peer-reviewed scientific journal articles, book chapters, and reports related to the northern spotted owl and California spotted owl in California, the species' habitat, and the effects of fire and other habitat disturbance, including:

Hanson CT, Bond ML, Lee DE. 2018. Effects of post-fire logging on California spotted owl occupancy. NATURE CONSERVATION 24: 93–105.
*Available at* https://doi.org/10.3897/natureconservation.24.20538

DellaSala DD, Hutto RL, Hanson CT, Bond ML, Ingalsbee T, Odion D, Baker WL. 2017. Accommodating Mixed-Severity Fire to Restore and Maintain Ecosystem Integrity with a Focus on the Sierra Nevada of California, USA. FIRE ECOLOGY 13: 148–71.
*Available at* https://doi.org/10.4996/fireecology.130248173

Bond ML, Bradley C, Lee DE. 2016. Foraging habitat selection by California spotted owls after fire. J. OF WILDLIFE MGMT. 80: 1290–1300.
*Available at* AR 43671–81; http://onlinelibrary.wiley.com/doi/10.1002/jwmg.21112/full

Lee DE, Bond ML. 2015. Previous year's reproductive state affects Spotted Owl site occupancy and reproduction responses to natural and anthropogenic disturbances. THE CONDOR 117: 307–19.

*Available at* AR 49712–24; https://doi.org/10.1650/CONDOR-14-197.1

Lee DE, Bond ML. 2015. Occupancy of California Spotted Owl sites following a large fire in the Sierra Nevada, California. THE CONDOR 117: 228–36.
*Available at* AR 49703–11; https://doi.org/10.1650/CONDOR-14-155.1

Odion, DC, Hanson CT, DellaSala DA, Baker WL, Bond ML. 2014. Effects of fire and commercial thinning on future habitat of the Northern Spotted Owl. OPEN J. OF ECOLOGY 7: 37–51.
*Available at* https://perma.cc/Y8XM-D2AQ

DellaSala, DA, Bond ML, Hanson CT, Hutto RL, Odion DC. 2014. Complex Early Seral Forests of the Sierra Nevada: What Are They and How Can They Be Managed for Ecological Integrity? NAT. AREAS J. 34: 310–24.
*Available at* http://www.bioone.org/doi/pdf/10.3375/043.034.0317

Bond ML, Lee DL, Siegel RB, Tingley MW. 2013. Diet and home-range size of California Spotted Owls in a burned forest. WESTERN BIRDS 44: 114–26.
*Available at* https://www.westernfieldornithologists.org/archive/V44/WB-Bond-44(2).pdf

Lee DE, Bond ML, Borchert MI, Tanner R. 2013. Influence of fire on site occupancy of spotted owls in the San Bernardino and San Jacinto Mountains of southern California. J. OF WILDLIFE MGMT. 77: 1327–41.
*Available at* http://onlinelibrary.wiley.com/doi/10.1002/jwmg.581/full

Lee DE, Bond ML, Siegel RB. 2012. Dynamics of California Spotted Owl breeding-season site occupancy in burned forests. THE CONDOR 114: 792–802.
*Available at* AR 49725–36; http://www.bioone.org/doi/abs/10.1525/cond.2012.110147

Bond ML, Lee DE, Siegel RB. 2010. Winter movements by California Spotted Owls in a burned landscape. WESTERN BIRDS 41: 174–80.
*Available at* https://www.westernfieldornithologists.org/archive/V41/WBirds-V41(3)-Bond.pdf

Bond ML, Lee DE, Siegel RB, Ward, JP Jr. 2009. Habitat Use and Selection by California Spotted Owls in a Postfire Landscape. J. OF WILDLIFE MGMT. 73: 1116–24.
*Available at* http://onlinelibrary.wiley.com/doi/10.2193/2008-248/full

Bond ML, Lee DE, Bradley CM, Hanson CT. 2009. Influence of Pre-Fire Tree Mortality on Fire Severity in Conifer Forests of the San Bernardino Mountains, California. THE OPEN FOREST SCI. J. 2: 41–47.
*Available at* https://perma.cc/3VW3-2JA3

Bond ML, Gutiérrez RJ, Seamans ME. 2004. Modeling Nesting Habitat Selection of California Spotted Owls (*Strix occidentalis occidentalis*) in the Central Sierra Nevada Using Standard Forest Inventory Metrics. FOREST SCI. 50: 773–80.
*Available at* AR 63865–72; https://perma.cc/GR63-ZYTC

Bond ML, Gutiérrez RJ, Franklin AB, LaHaye WS, May CA, Seamans ME. 2002. Short-term

effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproduction. WILDLIFE SOC'Y BULLETIN 30: 1022–28.
*Available at* AR 43654–61; https://perma.cc/5BX2-JYA3

Bond ML. 2016. The Heat is On: Spotted Owls and Wildfire. Online Reference Module in Earth Systems and Environmental Sciences. Elsevier Press, Amsterdam, The Netherlands.
*Available at* https://www.sciencedirect.com/science/article/abs/pii/B9780124095489100144

Steel ZL, Bond ML, Siegel RB, Pyle P. 2012. Avifauna of Sierra Nevada Network Parks: Assessing Distribution, Abundance, Stressors, and Conservation Opportunities for 145 Bird Species. Natural Resource Report NPS/SIEN/NRR—2012/506. National Park Service, Fort Collins, CO.
*Available at* https://perma.cc/FZ9G-FTUE

6. I am very familiar with Sierra Pacific Industries because I have often recreated and conducted research near or immediately adjacent to the company's lands. I have driven on public roads that cross Sierra Pacific lands. I have hiked or backpacked in areas where Sierra Pacific owns lands in a checkerboard pattern with the U.S. Forest Service or other public agencies. I intend to continue to recreate and conduct research near or adjacent to lands owned by Sierra Pacific, and cross them on public roads, including in the summer of 2025.

7. I enjoy researching spotted owls because they are fascinating creatures. They are curious, and because of their site fidelity, they are also sometimes relatively easy to research. When I am recreating or performing research in spotted owl habitat in California, I often find myself searching the tree canopy for owls. I have seen spotted owls, and that has been one of the most special experiences of my life. I have heard spotted owls when I could not see them, and that too is very special. One of the reasons I became a wildlife biologist, and among the reasons I have researched and written so much about spotted owls, is because of my profound respect and love for these birds. In my experience and based on my research, in the physiographic provinces in California where northern spotted owls find habitat, and in the areas in California where the Sierra Nevada DPS of California spotted owls find habitat, forest types can vary considerably, particularly if the forest stand has been affected by wildfire. Forest stands that are lightly burned or burned in a mosaic, with surviving green trees, as well as stands that are severely burned, are important components of remaining northern and California spotted owl habitat in California.

8. Based on my education, experience, and research, I am concerned that the Sierra Pacific Industries Habitat Conservation Plan (HCP) and incidental take permit will contribute to further declines of northern spotted owl and California spotted owl populations in California. In particular, I am concerned the HCP does not appear to incorporate the best available science concerning spotted owls' continued use of and reliance on post-fire forest stands. As noted above, I have researched and written extensively about this subject. In short, spotted owls are able to utilize post-fire forests, including some that burn at a high-severity, provided that large standing dead trees or snags are maintained. Based on my understanding of the HCP, it does not recognize the continuing value of these post-fire forests, nor prevent Sierra Pacific from logging them.

9. If Sierra Pacific is allowed to continue to log spotted owl habitat on its lands, it will threaten my personal enjoyment and professional work related to these species.

10. I am a member of the Environmental Protection Information Center and fully support its principled conservation work.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on November 24, 2024.

/s/ Monica Bond
Dr. Monica Bond