Thomas E. Wheeler (CA Bar #304191)
Environmental Protection Information Center
145 G Street #A
Arcata, CA 95521
Tel: (707) 822-7711
tom@wildcalifornia.org

Sangye Ince-Johannsen, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
Western Environmental Law Center
120 Shelton McMurphey Blvd, Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238
frost@westernlaw.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendant,<br><br>    and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>    Defendant-Intervenor. | No. 2:23-cv-2611-TLN-CSK<br><br>**DECLARATION OF BUDDY HAZARD IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date: July 10, 2025<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Hon. Chief Judge Troy L. Nunley |

I, Buddy Hazard, hereby declare:

1. My name is Buddy Hazard. I live in Douglas City, California, which is an unincorporated area near the junction of state highways 3 and 299 just east of the Trinity National Forest. I have lived here for 49 years. My wife and I chose to live here because we wanted to live and raise our family near healthy forest ecosystems. I have two adult children. My wife is a retired teacher's aide. She worked at Douglas City School off and on for 30 years. We own and live on five acres, which includes several trees and Big Brown's Creek running through it. Sierra Pacific Industries (SPI) owns many of the lands surrounding our property.

2. When we first moved here, the Trinity River watershed and forested areas were far more intact than now. As a child our son used to play in the creek that runs through our property, and salmon spawned there. Now, because of logging in surrounding forests, and I anticipate because of climate change, over the years we have watched the creek die. The water levels have gone down, and salmon no longer spawn in the creek.

3. The Trinity Alps and the surrounding forests are a wonderful confluence of four bioregions: mediterranean forests, woodlands & scrub, temperate broadleaf & mixed forests, temperate conifer forests, and temperate grasslands and shrub lands. This area represents one of the most diverse regions in California, with over 1000 different species in close proximity. But because of their proximity, it is a delicate area serving as a canary in the coal mine for the rest of the bioregions. Sadly, in the last 40 years I have witnessed more dead trees in this area than anywhere else I've been. Because of the mountains up to 9,000 feet there is sporadic rainfall. Subtle changes in temperatures from logging and clearcutting can greatly impact the entire region. Normally the trees can withstand diseases and wood rot if they're healthy, but I've seen deadly impacts to trees as they've grown weak due to over-logging and climate change.

4. I have witnessed SPI's forest management and logging practices over the past decades in Trinity and Humboldt County and believe it is catastrophic to our ecosystems and to the northern spotted owl. I believe the decline of our creek's health has been caused by SPI's logging practices, including miles of logging roads and skid trails. I guess in order to make the most profit, SPI frequently clearcuts forests, and it often does not appear take mitigation measures such

as replacing or creating culverts. I believe the only reason there's anything left on SPI lands around here is the terrain here is pretty steep, which makes it more dangerous and expensive to log. By taking away so many trees, SPI is raising the temperature of this area and turning this beautifully diverse place into a monoculture. I believe SPI knows it takes a long time to grow a straight grain fir tree so its turning to pulp production to continue turning a profit.

5.     I obtain personal enjoyment, fulfillment, and satisfaction when visiting forests suitable for spotted owl habitat that have not been logged. My children love to visit our home and enjoy the rivers and forests. Myself and my family routinely visit public lands where SPI lands are visible, and I have visited the area covered by SPI's Habitat Conservation Plan (HCP). I frequently look for spotted owls both around my home and when visiting forests in the HCP area. I once heard a spotted owl, and it was like a historic experience. I hope to hear, or even see, more. The ongoing decline of spotted owls deeply concerns me and degrades my life.

6.     I have read parts of the HCP. I agree with the comments submitted by the Environmental Protection Information Center (EPIC) that the HCP is not sufficient to protect northern spotted owls and the forests they and many other species rely on. I consider the northern spotted owl to be a keystone and indicator species. I understand that spotted owls need large chunks of older forests to disperse and grow their population, but they can survive in younger or burned forests. I do know spotted owls do not confine themselves within property boundaries (just like other types of wildlife) and will travel in and out of SPI's lands onto public lands.

7.     My understanding of the HCP is that it would allow SPI to take even more northern spotted owls. I don't see how the species can possibly survive in California with more logging of its forests where it is just hanging on by a thread. If logging occurs as planned under the HCP, my enjoyment of these areas will be diminished. It would be difficult to avoid these areas as they stretch for thousands of acres and are visible from my home. It would also be difficult to avoid these areas because the only road into our home/community is a public road surrounded by SPI lands. Finally, it would be difficult to avoid these impacts and the areas covered under the HCP because they affect my property - particularly the creek. It will hurt me because of harm to habitat connectivity and suitability and because of the loss of this important forest structure on the

1. landscape. However, if FWS were to require measures to ensure the northern spotted owl survives and recovers, I believe my injury could be addressed.

8. I intend to visit and recreate in the Trinity Alps forest lands, Forest Service lands, and around SPI lands throughout the remainder of my life. I plan to visit these forests numerous times this year and in 2025. I plan to continue living here until I die.

9. I am a member and strong supporter of EPIC. I have known about EPIC for years, since my organizing against aerial herbicide spraying affecting communities across California. I support and endorse its work to seek to ensure the northern spotted owl survives in California.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746(2).

Executed on November 25, 2024.        /s/ Buddy Hazard
                                      Buddy Hazard