UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ENVIRONMENTAL PROTECTION INFORMATION CENTER,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,

    Defendant,

SIERRA PACIFIC INDUSTRIES,

    Intervenor-Defendant.

No. 2:23-cv-02611-TKN-KJN

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Defendant's Motion to Extend Briefings Deadlines, and for good cause shown, the Court hereby sets the following schedule:

| Event | Proposed Deadline | Comments |
| --- | --- | --- |
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiffs' MSJ | Thursday, March 6, 2025 | 35-page limit. |
| Defendant-Intervenor's Combined Cross-MSJ and Opposition to Plaintiffs' MSJ | Thursday, March 13, 2025 | 35-page limit. |

| | | |
|---|---|---|
| Plaintiff's Combine Reply in support of MSJ and Opposition to MSJs filed by both Defendants | Thursday, April 24, 2025 | 45-page limit. |
| Federal Defendant's Reply | Thursday, May 29, 2025 | 30-page limit. |
| Defendant-Intervenor's Reply | Thursday, June 5, 2025 | 20-page limit. |
| Hearing on Cross-Motions | Thursday, July 10, 2025 | Retain the existing hearing date. |

**IT IS SO ORDERED.**

Dated: January 28, 2025

_____
Troy L. Nunley
Chief United States District Judge