# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Intervenor-Defendant. | No. 2:23-cv-02611-TKN-KJN |

## ORDER GRANTING FEDERAL DEFENDANT'S MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Federal Defendant's Second Motion to Extend Deadlines, and for good cause shown, the Court hereby sets the following schedule:

| Event | Deadline | Comments |
|---|---|---|
| Federal Defendant's Combined Cross-MSJ and Opposition to Plaintiffs' MSJ | Wednesday, April 9, 2025 | 35-page limit. |
| Defendant-Intervenor's Combined Cross-MSJ and Opposition to Plaintiffs' MSJ | Wednesday, April 16, 2025 | 35-page limit. |

| Plaintiffs' Combined Reply in support of MSJ and Opposition to MSJs filed by both Defendants | Wednesday, May 28, 2025 | 45-page limit. |
|---|---|---|
| Federal Defendant's Reply | Wednesday, July 2, 2025 | 30-page limit. |
| Defendant-Intervenor's Reply | Friday, July 11, 2025 | 20-page limit. |
| Hearing on Cross-Motions | Thursday, August 7, 2025 | |

**IT IS SO ORDERED.**

Dated: March 4, 2025

Troy L. Nunley
Chief United States District Judge