NAVI SINGH DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhastings.com
LUCAS V. GRUNBAUM (SBN 314180)
lucasgrunbaum@paulhastings.com
GRAYSON A. PETERS (SBN 359997)
graysonpeters@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000

Attorneys for Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant. | Case No. 2:23-cv-02611-TLN-CSK<br><br>**SIERRA PACIFIC INDUSTRIES' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      August 7, 2025<br>Time:     2:00 p.m.<br>Judge:    Hon. Troy L. Nunley<br>Courtroom: 2 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201(b)(2), Defendant-Intervenor Sierra Pacific Industries (SPI) asks that the Court take judicial notice of Exhibits A-C to the Declaration of Edward C. Murphy, and Exhibits A-J to the Declaration of Christopher J. Carr filed herewith. A description of the Exhibits follows:

| Ex. | Document Description | Document Type |
|---|---|---|
| Murphy Ex. A | 2022 Annual HCP Monitoring Report | Administrative Agency Record |
| Murphy Ex. B | 2023 Annual HCP Monitoring Report | Administrative Agency Record |
| Murphy Ex. C | CDFW Consistency Determination | Public Record |
| Carr Ex. A | EPIC Comments on FWS BO Strategy | Public Record |
| Carr Ex. B | EPIC Petition to List the NSO as "Threatened" or "Endangered" under the California Endangered Species Act (Sept. 4, 2012) | Public Record |
| Carr Ex. C | U.S. Fish and Wildlife Service Endangered Species Consultation Handbook (Mar. 1998) | Public Record |
| Carr Ex. D | Plaintiff's Motion to Intervene and Memorandum ISO Motion, *Animal Wellness Action et al. v. U.S. Fish and Wildlife Serv. et al.*, Case No. 2:24-cv-01796-TL (D. Wash. Jan. 20, 2025) | Court Document |
| Carr Ex. E | Plaintiff's Motion to Intervene and Memorandum ISO Motion, *Friends of Animals v. Morrison et al.*, Case No. 3:24-cv-01928-AN (D. Or. Jan. 20, 2025) | Court Document |
| Carr Ex. F | Order, *Animal Wellness Action et al. v. U.S. Fish and Wildlife Serv. et al.*, Case No. 2:24-cv-01796-TL (D. Wash. Jan. 21, 2025). | Court Document |
| Carr Ex. G | Opinion and Order, *Friends of Animals v. Morrison et al.*, Case No. 3:24-cv-01928-AN (D. Or. Feb. 18, 2025) | Court Document |

| Ex. | Document Description | Document Type |
|---|---|---|
| Carr Ex. H | SPI's Cedar King THP (2-24-00195-TRI) | Public Record |
| Carr Ex. I | Stewardship Agreement Between Sierra Pacific Industries and the USDA, Forest Service Pacific Southwest Region and Pacific Northwest Region | Administrative Agency Record |
| Carr Ex. J | Press Release, U.S. Department of Agriculture, Secretary Rollins Initiates New Public-Private Partnership to Reduce Wildfire Risk (Feb. 26, 2025) | Public Record |

Under Federal Rule of Evidence 201, a court "may take judicial notice of matters that are 'not subject to reasonable dispute' and '(1) generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.'" *Mangaoang v. Special Default Servs., Inc.*, 427 F.Supp.3d 1195, 1204 (N.D. Cal. 2019) (citing Fed. R. Evid. 201). Courts may properly take judicial notice of various matters, including court documents already in the public record, documents available on publicly accessible websites, and administrative agency records. *In re Yahoo Mail Litig.*, 7 F.Supp.3d 1016, 1024 (N.D. Cal. 2014); *King v. Cal. Dep't of Water Res.*, 561 F.Supp.3d 906, 910 (E.D. Cal. 2021).

The documents described above are fit for judicial notice. Exhibits A and B to the Murphy Declaration and Exhibit I to the Carr Declaration are judicially noticeable because they are records of an administrative agency. Exhibits A and B to the Murphy Declaration consist of Annual Reports submitted by SPI to the U.S. Fish & Wildlife Service (Service) pursuant to the terms of the HCP at issue in this litigation. Exhibit I to the Carr Declaration is a copy of the Stewardship Agreement entered into between the U.S. Department of Agriculture, Forest Service Pacific Southwest Region and Pacific Northwest Region, and SPI on February 28, 2025.

Exhibit C to the Murphy Declaration and Exhibits A, B, C, H, and J to the Carr Declaration are judicially noticeable because they are public records that are available on public websites. Exhibit C to the Murphy Declaration is a copy of the Consistency Determination issued by the California Department of Fish and Wildlife on November 16, 2020, which is available on SPI's

1  public website at: https://www.spi-ind.com/pdf_forests/SPI_2080-2020-009-00_CD_FinalSigned-CDFW%20CESA%20Consistency%20Determination.pdf.  Exhibit A to the Carr Declaration consists of public comments submitted by plaintiff Environmental Protection and Information Center (EPIC) on August 22, 2022 concerning the Service's Barred Owl Management Strategy, a copy of which is available on the following public website: https://www.regulations.gov/comment/FWS-R1-ES-2022-0074-0035.  Exhibit B to the Carr Declaration is EPIC's September 4, 2012 petition to the California Fish and Game Commission to list the Northern Spotted Owl as "threatened" or "endangered" under the California Endangered Species Act, available on the California Department of Fish and Wildlife's public website at https://nrm.dfg.ca.gov/FileHandler.ashx? DocumentID=165460.  Exhibit C to the Carr Declaration is the Service's Section 7 Endangered Species Consultation Handbook, which is available on the following public website: https://www.fws.gov/sites/default/files/documents/endangered-species-consultation-handbook.pdf.  Exhibit H to the Carr Declaration is SPI's Cedar King THP (2-24-00195-TRI), which was filed with the California Department of Forestry and Fire Protection (CAL FIRE) on February 13, 2025, and which is available on the following public website maintained by CAL FIRE: https://caltreesplans.resources.ca.gov/Caltrees/Cap/CapDetail.aspx?Module=TH_Document&TabName=TH_Document&capID1=REC24&capID2=00000&capID3=009O6&agencyCode=CALTREES&IsToShowInspection=.  Exhibit J to the Carr Declaration is a press release issued by the U.S. Department of Agriculture on February 26, 2025 concerning the execution of a Stewardship Agreement with SPI (*see* Carr Declaration Exhibit I), and which is available on the following public website: https://www.usda.gov/about-usda/news/press-releases/2025/02/ 26/secretary-rollins-initiates-new-public-private-partnership-reduce-wildfire-risk.

Exhibits D, E, F, and G to the Carr Declaration are judicially noticeable as they are court documents already in the public record. *See Hardesty v. Sac. Metro. Air Quality Mgmt. Dist.*, 935 F.Supp.2d 968, 989 (E.D. Cal. 2013) ("A court may take judicial note of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.").

Respectfully submitted,

DATED: April 16, 2025

PAUL HASTINGS LLP

By: */s/ Christopher Carr*
CHRISTOPHER J. CARR

Attorneys for Defendant-Intervenor
SIERRA PACIFIC INDUSTRIES

- 4 -