ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

FRANCES B. MORRIS, Senior Trial Attorney
YOUNG A. KANG, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
(202) 514-2855
Frances.morris@usdoj.gov
Young.kang@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>*Defendants*. | CASE No. 2:23-cv-02611-KJN<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Rule 182(g), Department of Justice Trial Attorney, Young Kang, is hereby substituted as counsel in this action for Department of Justice Senior Trial Attorney, Frances B. Morris, on behalf of Federal Defendants. Defendants will continue to be represented by Ms. Erika Furlong. Mr. Kang is aware and agrees to abide by existing deadlines unless further extended through order of the Court. Service of all papers by U.S. mail to Mr. Kang should be addressed as follows:

Mailing Address:

    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 7611
    Washington, DC 20044-7611

Overnight Delivery / Street Address:

    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    150 M Street, N.E., Room 3.116
    Washington, DC 20002

Telephone / Facsimile:

    Tel: (202) 514-2415
    Fax: (202) 305-0275

E-Mail: young.kang@usdoj.gov


Dated: April 29, 2025                Respectfully Submitted,

                                      ADAM R.F. GUSTAFSON
                                      Acting Assistant Attorney General
                                      United States Department of Justice
                                      Environment & Natural Resources Division

                                      */s/ Frances B. Morris*
                                      Frances B. Morris
                                      Senior Trial Attorney
                                      DC Bar No. 1016833
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Natural Resources Section
                                      150 M Street NE
                                      Washington D.C., 20002
                                      Telephone: (202) 514-2855
                                      Email: frances.morris@usdoj.gov

                      */s/ Young A. Kang*
Young A. Kang, Trial Attorney
FL Bar # 1025505
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
150 M Street NE
Washington D.C., 20002
Telephone: (202) 514-2415
Email: young.kang@usdoj.gov


Kerry O'Hara
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way – E-1712
Sacramento, CA   95825
Telephone: (916) 978-6132
Email: Kerry.o'hara@sol.doi.gov

**IT IS SO ORDERED.**

Dated: _____, 2025      _____
                                               HONORABLE TROY L. NUNLEY
                                               UNITED STATES DISTRICT JUDGE