# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENVIRONMENTAL PROTECTION INFORMATION CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES FISH AND WILDLIFE SERVICE**, <br><br> Defendant, <br><br> **SIERRA PACIFIC INDUSTRIES**, <br><br> Intervenor-Defendant. | No. 2:23-cv-02611-TLN-CSK |

## ORDER GRANTING FEDERAL DEFENDANT'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

Upon consideration of Federal Defendant's Third Unopposed Motion to Extend Deadlines, and for good cause shown, the Court hereby sets the following schedule:

| Event | Proposed Deadline | Comments |
|---|---|---|
| Federal Defendants' Reply | Friday, July 11, 2025 | 30 page limit. |
| Defendant-Intervenor's Reply | Friday, July 18, 2025 | 20 page limit. |

| Hearing on Cross-Motions | Thursday, September 4, 2025 | |

**IT IS SO ORDERED.**

Dated: June 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE