Thomas E. Wheeler (CA Bar #304191)
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G Street, Suite A
Arcata, CA 95521
Tel: (707) 822-7711
tom@wildcalifornia.org

Sangye Ince-Johannsen, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

Peter M. K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
Tel: (541) 359-3238
frost@westernlaw.org

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL PROTECTION INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendant,<br><br>and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Defendant-Intervenor. | Case No. 2:23-cv-02611-KJN<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY** |

Pursuant to L.R. 230, Plaintiff Environmental Protection Information Center (EPIC) respectfully moves for leave to file the attached sur-reply, submitted as Exhibit A. This motion is necessary because Defendant U.S. Fish and Wildlife Service (FWS) and Defendant-Intervenor Sierra Pacific Industries (SPI) raised a new argument for the first time in their reply briefs: that EPIC is procedurally barred from challenging Conservation Measures 4 through 8. *See* ECF Nos. 55 & 56.

Pursuant to L.R. 233(a)(5), counsel for EPIC conferred via telephone with counsel for SPI on August 4, 2025, and via email with counsel for FWS and SPI on August 5, 2025, regarding this motion. Counsel for both FWS and SPI stated that they oppose the motion.

Date: August 5, 2025.              Respectfully submitted,

/s/ Sangye Ince-Johannsen
Sangye Ince-Johannsen, *pro hac vice*
Peter M. K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
120 Shelton McMurphey Boulevard, Suite 340
Eugene, Oregon 97401
Tel: (541) 778-6626
sangyeij@westernlaw.org

/s/ Thomas E. Wheeler
Thomas E. Wheeler (he/him), CA Bar #304191
ENVIRONMENTAL PROTECTION INFORMATION CENTER
145 G Street, Suite A
Arcata, California 95521
Tel: (707) 822-7711
tom@wildcalifornia.org